# Kansas Department of Health and Environment
## Office of Vital Statistics
### CERTIFICATE OF DEATH

**State File Number:** 115-2022-01145

**Decedent's Legal Name (First, Middle, Last):** MAYLON VANCE KEMPER

**Last Name Prior to First Marriage:**

**Date of Death:** 01/15/2022  **Age:** 68 YEAR(S)  **Date of Birth:** 1953  **Sex:** MALE  **Social Security Number:** 7625

**Residence-Street Address:** 4440 TUTTLE CREEK BLVD LOT 12  **City or Town:** MANHATTAN  **State or Foreign Country:** KANSAS  **Zip Code:** 66502

**Place of Birth:** AKRON, COLORADO  **Armed Forces:** NO  **Marital Status:** MARRIED  **Surviving Spouse (Name prior to First Marriage):** JOANN DOMINA

**Father/Parent Name Prior to First Marriage:** DALE EUGENE KEMPER  **Mother/Parent Name Prior to First Marriage:** OPAL RUTH VANCE

**Place of Death:** INPATIENT  **Facility Name:** ASCENSION VIA CHRISTI-MANHATTAN 1823 COLLEGE AVE

**City or Town of Death:** MANHATTAN  **County of Death:** RILEY  **Zip Code:** 66502

**Method of Disposition:** CREMATION  **Place of Disposition:** CAPITOL CITY MORTUARY  **Location of Disposition:** TOPEKA, KANSAS

**Decedent's Occupation:** GENERAL LABORER  **Decedent's Industry:** FACTORY WORK

**Decedent's Education:** 8TH GRADE OR LESS  **Decedent's Race:** WHITE  **Decedent's Ancestry:** AMERICAN

**Informant's Name:** JOANN KEMPER  **Relationship to Decedent:** WIFE  **Informant's Mailing Address:** 4440 TUTTLE CREEK BLVD LOT 12 MANHATTAN, KANSAS 66502

**Name and Address of Firm:** YORGENSEN-MELOAN-LONDEEN FUNERAL HOME 1616 POYNTZ AVENUE MANHATTAN, KANSAS 66502

**Cause of Death:**
RESPIRATORY FAILURE
PNEUMONIA
CORONAVIRUS 19

**Approximate Interval: Onset to Death**

**Other Significant Conditions:**

**Autopsy:** NO  **Tobacco Contribute to Death?** NO  **If Female:**

**Date of Injury:**  **Time of Injury:**  **Injury at Work:**  **Manner of Death:** NATURAL

**Place of Injury:**  **Location of Injury:**

**How Injury Occurred:**  **Actual or Presumed Time of Death:** 2:20 AM

**Medical Certifier:** CASEY POELL - MD  **Date Certified:** 01/15/2022  **Date Filed By State Registrar:** 01/18/2022

01/26/2022 V22000032696701 KEMPER 202204001145 6 FH JK

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.



STATE SEAL COLOR WILL FADE WHEN RUBBED

2022 Jan 26 AM 10:43

N2173242

Kay Haug,
State Registrar
Office of Vital Statistics
Department of Health & Environment

It is in violation of KSA 65-2422d(g) to prepare or issue any certificate which purports to be an original, certified copy or abstract or copy of a certificate, except as authorized in the Uniform Vital Statistics Act or rules and regulations adopted under this act.

CERTIFIED COPIES WILL BE PRODUCED ON WATERMARKED MULTI-COLOR SECURITY PAPER.