IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No: 1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Documents Relates to Plaintiff(s):
MAYLON KEMPER
_____

Civil Case No. 1:21-cv-06365-RLY-TAB

_____

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR
LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave
to File Second Amended Short Form Complaint, and the Court, being duly advised in the
premises, now GRANTS said motion.[Filing No. 26575.]

IT IS THEREFORE ORDERED that: (1) JoAnn Kemper as the personal
representative, on behalf of the estate of the Decedent Maylon Kemper, is substituted as
Plaintiff in the above referenced action; (2) Plaintiff is hereby granted Leave to File a
Second Amended Short Form Complaint; and (3) the Second Amended Short Form
Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to
file the Second Amended Short Form Complaint into the record in this matter.

Date: 4/22/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.